# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

141946

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 141946
COA: 293586
Oakland CC: 2008-222164-FC

BILLY MATTHEW LONG,
      Defendant-Appellant.

_____/

      By order of April 28, 2011, the application for leave to appeal the September 14, 2010 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Watkins* (Docket No. 142031) and *People v Pullen* (Docket No. 142751). On order of the Court, the cases having been decided on June 8, 2012, 491 Mich 450 (2012), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827